UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JEROME KENNON (#131818)

VERSUS

CORNELL H. HUBERT, ET AL

CIVIL ACTION

NO. 07-335-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated July 13, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's complaint will be dismissed, without prejudice, for failure to pay the court's filing fee.

Baton Rouge, Louisiana, August 28, 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA